JULES C. FORMEL, Appellant, *v.* THE NATIONAL CITY BANK OF NEW YORK, Respondent.

Supreme Court, Appellate Term, First Department, July 12, 1934.

*Jacob M. Goldenkoff [Bernard Friendlander* of counsel], for the appellant.

*Harold H. Keefe [Gordon Burt Affleck* of counsel], for the respondent.

PER CURIAM. Rule 113 of the Rules of Civil Practice may not be invoked in an action for conversion. (*Gilbert* v. *Gotham,* App. Term, First Dept., 152 Misc. 598; *Rothman* v. *Strang,* App. Term, First Dept., Id. 606.)

Judgment reversed, with ten dollars costs, and motion denied.

All concur; present, CALLAHAN, FRANKENTHALER and SHIENTAG, JJ.